GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC., and
RASIER-CA LLC

CHRISTOPHER J. HAMNER (SBN 197117)
  chamner@hamnerlaw.com
AMY T. WOOTTON (SBN 188856)
  awootton@hamnerlaw.com
EVELINA SERAFINI (SBN 187137)
  eserafini@hamnerlaw.com
HAMNER LAW OFFICES, APC
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 533-4160
Facsimile: (213) 533-4167

Attorneys for Plaintiff
GREG FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG FISHER, on behalf of himself and the proposed collective class,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, RASIER-CA LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-03774-EMC<br><br>**STIPULATION REGARDING MOTION TO COMPEL ARBITRATION BRIEFING** |

Pursuant to Rule 6-1(b) of the Local Rules of the United States District for the Northern District of California, Plaintiff GREG FISHER ("Plaintiff"), and Defendants UBER TECHNOLOGIES, INC. and RASIER-CA, LLC ("Defendants") (collectively, "the Parties"), through their undersigned counsel, hereby stipulate and agree that the deadline for Plaintiff's Response to Defendants' Motion to Compel Arbitration be extended from October 28, 2015 to November 11, 2015 and the deadline for Defendants' Reply extended from November 4 to November 23 in order to provide Plaintiffs adequate time to prepare a Response to Defendants' Motion to Compel Arbitration and to provide Defendants with adequate time to prepare a Reply in support of Defendants' Motion to Compel Arbitration.

There has been no previous request to extend the timing for the deadlines associated with Defendants' Motion to Compel Arbitration. This stipulation will not require the alteration of the hearing date already set by Court Order.

**IT IS SO STIPULATED.**

Dated: October 30, 2015        GIBSON, DUNN & CRUTCHER LLP

By: /s/
        Joshua S. Lipshutz

Attorneys for Defendants UBER TECHNOLOGIES, INC. and RASIER-CA LLC

Dated: October 30, 2015        HAMNER LAW OFFICES, APC

By: /s/
        Christopher J. Hamner

Attorneys for Plaintiff GREG FISHER

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Christopher J. Hamner hereby attest that concurrence in the filing of this document has been obtained from Joshua S. Lipshutz.

DATED:  October 29, 2015          HAMNER LAW OFFICES, APC

By: _____/s/_____
             Christopher J. Hamner

Attorneys for Plaintiff GREG FISHER

**IT IS SO ORDERED.**  The hearing on the motion to compel is rescheduled from 12/7/15 to 12/10/15 at 1:30 p.m.

Date:  10/30/15            _____
                           HONORABLE EDWARD M. CHEN
                           U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2.